# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MADIE RUTH JACKSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL NO.: 1:17cv97-HSO-JCG** |
| | § | |
| **BARACK OBAMA,** | § | |
| **JULIE THEATER,** | § | |
| **BEVERLY STRICKLAND,** | § | |
| **FELICIA DUNN BURKES,** | § | |
| **TONYA WYDER,** | § | |
| **FAINT ROBERT WALKER** *Judge*, | § | |
| **NESCATERICA BATES,** | § | |
| **UNITED STATES GOVERNMENT,** | § | |
| **PRINCE WILLIAM WALES,** | § | |
| **KATE MIDDLETON,** | § | |
| **OPRAH WINFREY,** | § | |
| **JAY Z,** | § | |
| **BEYONCE KNOWLES,** | § | |
| **WANDA SMITH,** | § | |
| **RONYELLE RHODES,** | § | |
| **HIGHLAND HOSPITAL DOCTORS,** | § | |
| **MICHELLE OBAMA, and** | § | |
| **WLOX.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

BEFORE THE COURT is the Report and Recommendation [7] of United States Magistrate Judge John C. Gargiulo, entered in this case on May 3, 2017. The Court, by separate Order entered this date, has adopted the Magistrate Judge's Report and Recommendation [7] as the finding of this Court and dismissed Plaintiff's claims.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED.**

**SO ORDERED AND ADJUDGED**, this the 2nd day of June, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE